UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TREVOR MALLETT**                                           CIVIL ACTION NO.: 2:22-CV-1417

**VERSUS**                                                   U.S. DISTRICT JUDGE: _____

**USDA WILDLIFE SERVICES UNDER
THE UNITED STATES DEPARTMENT
OF AGRICULTURE**                                             MAGISTRATE JUDGE: _____
**AND MATTHEW MOORE**
**************************************************************************

**COMPLAINT**

**************************************************************************

    **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **TREVOR MALLETT**, a person of the full age of majority and resident of the Parish of Jefferson Davis, State of Louisiana, who respectfully represents as follows:

### I. JURISDICTION

This matter is brought under diversity jurisdiction, as Plaintiff is a resident of Louisiana, and Defendant, **USDA WILDLIFE SERVICES**, which is an entity of the United States Department of Agriculture. Plaintiff asserts his claim pursuant to the provisions of 28 USC Section 1346(b), 2674.

### II. PARTIES

Made Defendants herein are:

    A)    **MATTHEW MOORE,** a person of the age of majority, who can be served at 321 W. 3rd St., Iowa, Louisiana, Parish of Calcasieu  70647; and

    B)    **USDA WILDLIFE SERVICES UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE, ("USDA") a self insured entity,** who can be served through the United States Department of of Agriculture Office of General Counsel Sterling Centre, Ste. 205,

1

Montgomery, AL 36106-2872, and the Attorney General of The United States, U.S. Department of Justice, 950 Avenue, NW, Washington, DC, 20530-0001.

### III.   STATEMENT OF CLAIM

On or about May 28, 2021, at approximately 11:26 a.m., Petitioner, **TREVOR MALLETT**, was operating his 2008 Toyota Sonoma, traveling in an easterly direction of US 90 E near its intersection with Sherman Avenue, in Iowa, Louisiana, Parish of Calcasieu.

### IV.

At all times pertinent herein, **MATTHEW MOORE** was the employee of **USDA WILDLIFE SERVICES** and was in the course and scope of his employment at the time of the accident, and **USDA WILDLIFE SERVICES** is responsible for the actions of its employee under the doctrine of *respondeat superior doctrine*.

### V.

Defendant, **MATTHEW MOORE**, the driver of a 2020 Ford F-250 pickup truck, owned by Moore's Employer, Defendant, **USDA WILDLIFE SERVICES**, was traveling behind your Petitioner on US 90 E near its intersection with Sherman Avenue, in Iowa, Louisiana, Parish of Calcasieu.

### VI.

Petitioner, **TREVOR MALLETT**, slowed his vehicle to make a right hand turn into the parking lot of 406 US-90 East Iowa, Louisiana, Parish of Calcasieu.  At the same time, Defendant, **MATTHEW MOORE**, traveling directly behind Petitioner, failed to stop, and suddenly and without warning, crashed into the rear of Peititoner's vehicle causing severe and debilitating bodily injuries and property damages.

VII.

The accident was caused in part by the negligence, strict liability and/or fault of Defendant **MATTHEW MOORE**, in the following, non-exclusive particulars, *to-wit:*

a) Causing a collision with the **MALLETT** vehicle;

b) Failure to operate, control and use defendant's vehicle in a safe and prudent manner;

c) Failure to stop;

d) Failure to maintain a proper lookout; and/or,

e) Failure to see what she should have seen under the circumstances and/or failure to do what she should have done under the circumstances; and

f) Failure to reach out to the Petitioner to make the necessary repairs to his vehicle.

VIII.

As a result of the aforementioned accident, Petitioner, **TREVOR MALLETT**, sustained personal injuries, damages to his vehicle, loss of income and/or income earning capacity, and other damages due to the reckless and careless negligence of **MATTHEW MOORE.**

IX.

Petitioner, **TREVOR MALLETT**, alleges the following general and specific damages he is entitled to recover in amounts calculated to adequately compensate him for his injuries and other damages sustained:

a) past, present, and future medical expenses;

b) past, present and future physical pain and suffering and loss of function;

c) past, present and future mental anguish and emotional distress;

d) past, present and future lost wages and loss of income earning capacity;

    e)    loss of enjoyment of life;

    f)    property damage and diminution of value;

    g)    vehicle towing expenses;

    h)    vehicle storage expenses;

    i)    loss of use of his vehicle;

    j)    vehicle rental expenses.

X.

Petitioner claims the aforedescribed incident, and damages were caused solely as a result of the fault and/or negligence of **MATTHEW MOORE**, and your Petitioner being absolutely free of fault.

XI.

Upon information and belief, Defendant, **MATTHEW MOORE**, was in the course and scope of his employment with Defendant, **USDA WILDLIFE SERVICES**., **UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE** at the time of this accident.

XII.

Upon information and belief, Defendant, **USDA WILDLIFE SERVICES**., **UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE** is a self insured entity and had in full force and effect, a policy of liability insurance, which policy provides coverage for **MATTHEW MOORE** at the time of the accident, which would provide coverage for the injuries and damages sustained by Petitioner.

XIII.

Defendant, **USDA WILDLIFE SERVICES, UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE** has been Arbitrary and Capricious in failing to reach out to Petitioner and/or Petitioner's counsel regarding damages to Petitioner's vehicle, and failing to offer to settle any medical expenses, property damages, and special damages claim by Petitioner as provided for in LA R.S.22:1892 and LA R.S. 22:1973.

### DEMAND

**WHEREFORE**, petitioner, **TREVOR MALLETT**, prays for service and citation upon defendants, to appear and answer same, and after all legal delays are had, that there be judgment herein in plaintiff's favor and against defendants, **MATTHEW MOORE, AND USDA WILDLIFE SERVICES, UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE,** jointly, severally and in *solido*, in full and true sums calculated to compensate your petitioner for the damages complained of herein, with judicial interest from date of judicial demand, until paid, for attorney's fees where applicable, for all costs in these proceedings, and for all general and equitable relief.

**AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.**

Respectfully submitted:

**BRANDT & SHERMAN, L.L.P.**

By:   */S/ROBERT M. BRANDT*
ROBERT M. BRANDT (#36387)
111 Mercury Street
Lafayette, LA 70503
(337) 800-4000 TELEPHONE
(337) 261-9777 FACSIMILE
bobby@brandtsherman.com
Attorney for Plaintiff: ***TREVOR MALLETT***

**PLEASE SERVE DEFENDANTS:**

**MATTHEW MOORE,**
**321 W. 3RD St.**
**Iowa, LA  70647**; and

**USDA WILDLIFE SERVICES UNDER THE UNITED STATES DEPARTMENT OF AGRICULTURE, ("USDA")**
Through the **United States Department of Agriculture Office of General Counsel**
Sterling Centre, Ste. 205,
Montgomery, AL 36106-2872,

and

The **Attorney General of The United States**,
U.S. Department of Justice,
950 Avenue, NW,
Washington, DC, 20530-0001.

**CC:**   **U.S. Attorney's Office**
**P.O. Box 197**
**Montgomery, AL  36101-0197**

6